UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL GUNN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>JANE DOE,<br><br>                              Defendant. | 20-CV-0730 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 21, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 25, 2020
         New York, New York

                                                            _Louis L. Stanton_
                                                            Louis L. Stanton
                                                            U.S.D.J.